■ In the Matter of GARY KLINGSBERG, Petitioner, v LA TIA MARTIN et al., Respondents. [820 NYS2d 797]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the cross motions granted and the petition dismissed,

without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Sweeny, Catterson, McGuire and Malone, JJ.